UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/8/2026_
```

LESALDO SHALTO,

                 Plaintiff,

        -v-

IDEAL COFFEE SHOP CORP., and KOSCAL 59 LLC,

                 Defendants.

**ORDER**

26-CV-2553 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

      Plaintiff filed his Complaint on March 27, 2026.  ECF No. 1.  On April 20, 2026, Plaintiff filed an affirmation of service, ECF No. 8, which states that Defendant Ideal Coffee Shop Corp. ("Ideal Coffee") was served on April 16, 2026.  Pursuant to Rule 12(a)(1) of the Federal Rules of Civil Procedure, Ideal Coffee's answer was due by May 7, 2026.

      To date, the docket reflects that Ideal Coffee has not appeared in this action nor responded to the Complaint.  The Court *sua sponte* extends the deadline for Ideal Coffee to respond to the Complaint to **May 22, 2026.**

**SO ORDERED.**

Dated: May 8, 2026
       New York, New York

                                       Henry J. Ricardo
                                       United States Magistrate Judge