USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 9/15/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LESALDO SHALTO,

Plaintiff,

-v-

IDEAL COFFEE SHOP CORP., and KOSCAL 59 LLC,

Defendants.

**ORDER**

26-CV-2553 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Pursuant to the Court's July 14, 2026 order, ECF No. 23, the parties were directed to file a joint status letter by September 14, 2026. To date, so far as the docket reflects, the parties have not filed a joint status letter. The undersigned *sua sponte* extends the deadline for the parties to file a joint status letter to **September 18, 2026**.

**SO ORDERED.**

Dated: September 15, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge