USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 10/19/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LESALDO SHALTO,

Plaintiff,

-v-

IDEAL COFFEE SHOP CORP., and KOSCAL 59 LLC,

Defendants.

**ORDER**

26-CV-2553 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter motion, ECF No. 30 (the "Letter Motion"), requesting to hold a conference to resolve a discovery dispute. The Letter Motion is **GRANTED.** Defendants shall file a response to the Letter Motion by **October 23, 2026.** The undersigned will hold a conference via telephone to address the Letter Motion on **November 6, 2026** at **2:00 p.m.** Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 224 651 256#).

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 30 as **GRANTED.**

**SO ORDERED.**

Dated: October 19, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge