USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/5/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LESALDO SHALTO,

Plaintiff,

-v-

IDEAL COFFEE SHOP CORP., and KOSCAL 59 LLC,

Defendants.

**ORDER**

26-CV-2553 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the Notice of Settlement filed on November 4, 2026, ECF No. 33. In light of the settlement in principle, the conference scheduled for November 6, 2026 is adjourned *sine die*. The parties are directed to file a joint letter regarding the status, but not substance, of settlement by **December 7, 2026**, unless this case is dismissed before then.

**SO ORDERED.**

Dated: November 5, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge